```
 1
 2
 3
 4
 5
 6
 7
 8                         UNITED STATES DISTRICT COURT
 9                        CENTRAL DISTRICT OF CALIFORNIA
10
11  DOMINGO MAGDALENO,              )    NO. ED CV 13-335-VBF(E)
                                    )
12              Petitioner,         )
                                    )    ORDER ACCEPTING FINDINGS,
13       v.                         )
                                    )    CONCLUSIONS AND RECOMMENDATIONS
14  CONNIE GIPSON, Warden,          )
                                    )    OF UNITED STATES MAGISTRATE JUDGE
15                                  )
                Respondent.         )
16  _____)
17
18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19  Petition, all of the records herein and the attached Report and
20  Recommendation of United States Magistrate Judge.  The Court accepts
21  and adopts the Magistrate Judge's Report and Recommendation.
22
23        IT IS ORDERED that Judgment be entered denying and dismissing
24  the Petition with prejudice.
25  ///
26  ///
27  ///
28  ///
```

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 30, 2013

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE